credsres (03/09)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Michael George Marcus<br>Patricia Roxanne Marcus<br><br>Debtor(s) | Chapter 7<br><br>Case No. 1:13–bk–02251–MDF |

## NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST

Notice is hereby given that:

The previously scheduled 341 meeting of creditors in the above−referenced case has been rescheduled to:

| | |
|---|---|
| York County Administrative Center, 28 E. Market St., 2nd FL. Hearing Room – TBD, York, PA 17401 | Date: June 26, 2013<br><br>Time: 12:30 PM |

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: May 6, 2013 |